**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Daniel,<br><br>    Plaintiff,<br><br>v.<br><br>Andrew Saul,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-15-0452-TUC-BGM<br><br>**ORDER** |

  Currently pending before the Court is Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 27). Defendant does not object to the fees requested. *See* Def.'s Response to Pl.'s Mot. for Attorney Fees (Doc. 33). Having reviewed the same, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 27) is GRANTED.

  IT IS FURTHER ORDERED that Plaintiff be awarded attorney's fees of $7,714.84 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

  EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). *See Astrue v. Ratliff*, 560 U.S. 586, 595–98, 130 S.Ct. 2521, 2528–29, 177 L.Ed.2d 91 (2010). As such, IT IS FURTHER ORDERED that if, after receiving this Order, the Commissioner determines upon its effectuation that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, fees will be made payable to Plaintiff's attorney, Blair Ariel Feldman. If, however, there is a debt owed that is subject to offset under the

Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney, Blair Ariel Feldman.

Dated this 20th day of August, 2019.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge